**Byron WEBSTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 63990.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 1994.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 29.15 motion after remand for an evidentiary hearing, 837 S.W.2d 585. We find no clear error. Rule 29.15(j). We further find an opinion in this matter would have no precedential value and affirm by written order.

---

Rule 84.16(b)(2). A memorandum has been provided to the parties for their use only.